UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH P PAUL GUARNERI,

                Plaintiff,

        v.                                                          9:06-CV–0985

LT. JAMES HAZZARD; CPL J. CRONK; DEPUTY
PAUL MARSH, JR.; DEPUTY GRIPPIN; DEPUTY
HOWLAND; FREDERICK C. LAMY, Commissioner;
FRANCIS T. SULLIVAN, Commissioner; DEPUTY
MACE; JOHN DOE, Deputy; and DR. WEITZ,

                Defendants.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR THE PLAINTIFF: | |
| JOSEPH P PAUL GUARNERI<br>05-B-0213<br>Elmira Correctional Facility<br>P.O. Box 500<br>Elmira, New York 14902<br>Plaintiff Pro Se | |
| GIRVIN & FERLAZZO, P.C.<br>20 Corporate Woods Boulevard<br>Second Floor<br>Albany, New York 12211-2350<br>Attorney for Defendants Hazzard,<br>Cronk, Marsh, Grippin, Howland, and Mace | GREGG T. JOHNSON, ESQ.<br>JACINDA HALL CONBOY, ESQ.<br>SCOTT P. QUESNEL, ESQ. |
| O'CONNOR, O'CONNOR, BRESEE<br>& FIRST, P.C.<br>20 Corporate Woods Boulevard<br>Albany, New York 12211<br>Attorney for Defendant Weitz | JUSTIN O. CORCORAN, ESQ. |
| HON. ANDREW M. CUOMO<br>Attorney General for the<br>State of New York | BRUCE J. BOIVIN, ESQ.<br>Assistant Attorney General |

The Capitol
Albany, New York 12224-0341
Attorney for Defendant Sullivan

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 6th day of February 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. Sullivan's motion to dismiss (Docket No. 43) is granted and that the amended complaint is dismissed in its entirety as to her.

3. Dr. Weitz's motion to dismiss (Docket No. 19) is:

   a. Granted as to his lack of personal involvement with the confiscation of the knee brace;

   b. Denied as to his lack of personal involvement in Guarneri's neck, back, and mental health treatments;

   c. Denied as to Guarneri's back and neck injuries sustained in 2003; and

   d. Granted as to Guarneri's back and neck injuries sustained in 2000.

4. The amend complaint is dismissed without prejudice as to defendants Lamy and John Doe.

5.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 27, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

3